UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WORLDWIDE FLIGHT SERVICES, INC.,

                              Plaintiff,

         -against-

ABC, AEROLINEAS, S.A. de C.V.,
d/b/a Interjet,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/21/2020
```

20 Civ. 6473 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 21, 2020, Plaintiff moved by order to show cause for default judgment against Defendant. ECF No. 33. In support, Plaintiff submitted an affidavit with accompanying exhibits, a statement of damages, and a proposed default judgment (the "Supporting Papers"). ECF Nos. 34–36. Accordingly:

1. In light of the COVID-19 pandemic, the motion for default judgment will be resolved **on the papers.**

2. By **December 30, 2020**, Plaintiff shall serve copies of this Order to Show Cause and the Supporting Papers at ECF Nos. 33–36 by personal service upon Defendant's registered agent.

3. By **January 4, 2021**, Plaintiff shall file on the docket (1) proof of service, and (2) the Supporting Papers that were served upon Defendant (as an attachment to the proof of service).

4. By **January 20, 2021**, Defendant shall respond to Plaintiff's motion.

5. By **January 27, 2021** Plaintiff shall submit its reply, if any.

SO ORDERED.

Dated: December 21, 2020
      New York, New York

ANALISA TORRES
United States District Judge