```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/30/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WORLDWIDE FLIGHT SERVICES, INC.,

                       Plaintiff,

-against-

ABC, AEROLINEAS, S.A. de C.V.,
d/b/a Interjet,

                       Defendant.

20 Civ. 6473 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of Plaintiff's pending motion for default judgment, the initial pretrial conference scheduled for January 5, 2021, is hereby ADJOURNED *sine die*.

    SO ORDERED.

Dated: December 30, 2020
         New York, New York

                                                        ANALISA TORRES
                                              United States District Judge