USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2021

WILENTZ, GOLDMAN & SPITZER P.A.
ROBERT L. SELVERS, ESQ. (RLS 9874)
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
732.726.7477
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------X
WORLDWIDE FLIGHT SERVICES, :
INC., :
　　　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff, :
　　　　　　　　　　　　　　　　　　　　: Civil Action
　　v. : No.: 20-cv-06473 (AT)
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
ABC, AEROLINEAS, S.A. de :　**DEFAULT JUDGMENT**
C.V. d/b/a INTERJET, :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　Defendant. :
------------------------------X

　　　This action having been commenced on August 14, 2020 by plaintiff Worldwide Flight Services, Inc.'s ("Plaintiff") filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, ABC, AEROLINEAS, S.A. de C.V. d/b/a INTERJET ("Defendant"), on September 25, 2020 by personally serving Nelcia Grossi, an individual authorized by Defendant to accept service on its behalf, at the office of Defendant's registered agent at 1825 Ponce De Leon, Miami, Florida, 35134, and a proof of service having been filed on October 8, 2020 and the Defendant not

#11863079.1(171230.001)

having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the Plaintiff have JUDGEMENT against Defendant in the liquidated amount of $939,376.68.

Dated:    February 23, 2021
             New York, New York

                                      ANALISA TORRES
                                  United States District Judge

#11863079.1(171230.001)